AO 450 (GAS Rev. 6/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

☐

☐



| Date | Clerk |
|---|---|
| | *James R. Burrell* |
| | (By) Deputy Clerk |