IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

PRESIDENTIAL CANDIDATE NUMBER )
P60005535, (aka) RONALD SATISH)
EMRIT,                         )
                               )
    Plaintiff-Appellant,       )
                               )   Case No.: CV 125-157
vs.                            )
                               )   Appeal No.: 25-13136-D
GOVERNOR WES MOORE, et. al.,   )
                               )
    Defendants-Appellees.      )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this _____ day of October 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA